# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>David Shittu (YOB: 1992)<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   1:22MJ76LDA<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   February 2020 - December 2021   in the county of _____   in the _____ District of   Rhode Island  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Threatening Communications |

This criminal complaint is based on these facts:

See the attached Affidavit of Task Force Officer Scott Chanthaphouvong, of the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Scott Chanthaphouvong - FBI
*Printed name and title*

Sworn to before me and signed in my presence.
[Telephone]

Date:   October 7, 2022

*Judge's signature*

City and state:   Providence, Rhode Island           Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*