AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
David Shittu (YOB: 1992)

*Defendant*

Case No. 1:22MJ76LDA

**RECEIVED**
By Dianna Prete at 10:28 am, Oct 07, 2022

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* David Shittu, (YOB: 1992), who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c) - Interstate Threatening Communications

Date: October 7, 2022

*Issuing officer's signature*

City and state: **Providence RI**

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/7/2022, and the person was arrested on *(date)* 10/12/2022
at *(city and state)* PAWTUCKET, RI

Date: 10/12/2022

**WARRANT EXECUTED**
U.S. MARSHALS SERVICE

OCT 12 2022

*Arresting officer's signature*

District of Rhode Island
*Printed name and title*